FILED
October 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003038165

**4**

PROBER & RAPHAEL
A LAW CORPORATION
DEAN PROBER, ESQ., #106207
1 LEE S. RAPHAEL, ESQ., #180030
CASSANDRA J. RICHEY, ESQ. #155721
2 DAVID F. MAKKABI, ESQUIRE #249825
3 P.O. Box 4365
Woodland Hills, California 91365-4365
4 (818) 227-0100
(818) 227-0101 facsimile
5 F.040-2122
6 Attorneys for Secured Creditor U.S. Bank, N.A. its Successors and/or Assigns

7                    UNITED STATES BANKRUPTCY COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9
   In re                                        Bk. No. 10-43518-A-7
10
11 DALE LYNN WALKER AKA                         Motion No. PPR-1
   PISCITELLI DALE WALKER, DALE
12 PISCITELLI AND DANIEL BLAINE                 CHAPTER 7
13 WALKER AKA DAN WALKER
                                                Hearing-
14          Debtors.                            Date : November 29, 2010
                                                Time : 9:00 AM
15 LEWIS D. PARTRIDGE,                          Place : U.S. Bankruptcy Court
                                                         501 I Street
16                                                       Sacramento, CA
            Trustee,                                     Courtroom 28 Dept. A
17                                                       Judge: Michael S. McManus

18 _____/

19                    DECLARATION OF OLIVIA A. TODD
          IN SUPPORT OF U.S. BANK, N.A. ITS SUCCESSORS AND/OR ASSIGNS'
20                  MOTION FOR RELIEF FROM AUTOMATIC STAY

21       I, Olivia A. Todd, declare and state:

22
23       1. As to the following facts, I know them to be true of my own personal

24 knowledge and if called upon to testify in this action, I could and would testify competently to

25 the following facts personally known to me to be true.  I am an employee and a custodian of

26 records of U.S. Bank, N.A. its Successors and/or Assigns, which is the moving party herein

27

28                                    1

27

("Lender"). I am familiar with this case and the facts herein and am authorized to make these statements on behalf of Lender. I have reviewed the loan service records of U.S. Bank, N.A. its Successors and/or Assigns before making these statements. The loan service records are kept within the normal course of business by U.S. Bank, N.A. its Successors and/or Assigns, at or near the time of the event, which is noted or memorialized. As to any statements re: equity or lack of equity contained within this Declaration, which are made upon information and belief, these statements are made after examination of the loan file and after consideration of the following factors:

      1) The loan to value ratio; and

      2) Existence of a junior lien; and

      3) Amount of arrearages.

2. Dale Lynn Walker and Daniel Blaine Walker ("Debtors") are individuals and the Chapter 7 Debtors herein.

3. Lewis D. Partridge has been appointed as the Chapter 7 Trustee in the instant bankruptcy. By the virtue of his position as Chapter 7 Trustee, Lewis D. Partridge may hold title to the subject property in that capacity. To the extent that relief sought herein is granted, Lewis D. Partridge should be bound by any such judgment.

4. On September 2, 2010, Debtors filed a Petition under Chapter 7 of the Bankruptcy Code.

5. Lender is the current payee and a holder in due course of a promissory note (which is a negotiable instrument) dated December 23, 2004 in the principal amount of $173,000.00 (the "Note") secured by a first deed of trust of same date, which bears interest as specified therein. The original Note is held by Lender and a copy is attached hereto as **Exhibit "A"** and is incorporated herein by reference.

6.  The indebtedness evidence by the Note is secured by a Deed of Trust (the "Deed of Trust") executed and recorded in Yuba County and which encumbers the real property located at **1689 Chateau Drive, Olivehurst, California** (the "Property").  A copy of the Deed of Trust is attached hereto as **Exhibit "B"** and incorporated herein by reference

7.  Debtor has defaulted on the Note and there is now due and owing to Lender:

| | |
|---|---|
| Unpaid Principal Balance: | $153,797.20 |
| <u>Arrearages:</u> | |
| Monthly Payments from August 1, 2010 through October 1, 2010 at $1,258.48 | $   3,775.44 |
| Late Charges | $      153.51 |
| Other Costs | $        15.00 |
| Attorneys' Fees | $      900.00 |
| Subtotal Delinquencies | $   4,843.95 |
| GRAND TOTAL | $158,641.15 |

(Please note that an additional $1,258.48 becomes due and owing on the 1st day of each month, as well as an additional late charge 15 days thereafter.)

8.  The total amount now owed to Lender on Loan No. XXXX4362 is $158,641.15 as of October 25, 2010.

9.  Interest continues to accrue as set forth in the Note.

10. Lender has performed each and every act required by the terms of the Deed of Trust.

11. Lender requests authority to initiate foreclosure proceedings relative to the Property, but is prevented from doing so by the filing of Debtors' Petition which operates as an Automatic Stay, prohibiting Lender from taking any action of commencing any Court proceeding to enforce a lien upon the Debtors' real Property.

3

12. Lender's records reflect that there is currently a second trust deed upon the Property in favor of U.S. Bank. The present unpaid principal balance of said note is approximately $86,142.00.

13. The commercially reasonable value of the subject Property is approximately $147,742.00, as evidenced by the Debtors' Schedules A and D filed with this Court, a copy of which is attached hereto as **Exhibit "C"** and is made a part hereof.

I declare under penalty of perjury under the laws of the United States of America the foregoing to be true and correct to the best of my knowledge, information and belief.

DATED:  October 27, 2010

By */s/ Olivia A Todd*
Olivia A. Todd
Loan # XXXX4362
F.040-2122