FILED
November 16, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003077966

**4**

PROBER & RAPHAEL
A LAW CORPORATION
DEAN PROBER, ESQ., #106207
LEE S. RAPHAEL, ESQ., #180030
CASSANDRA J. RICHEY, ESQ. #155721
DAVID F. MAKKABI, ESQUIRE #249825
P.O. Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100
(818) 227-0101 facsimile
F.040-2122
Attorneys for Secured Creditor U.S. Bank, N.A. its Successors and/or Assigns

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

DALE LYNN WALKER AKA PISCITELLI DALE WALKER, DALE PISCITELLI AND DANIEL BLAINE WALKER AKA DAN WALKER

Debtors.

LEWIS D. PARTRIDGE,

Trustee,

_____ /

Bk. No. 10-43518-A-7

Motion No. PPR-1

CHAPTER 7

Hearing-
Date : November 29, 2010
Time : 9:00 a.m.
Place : U.S. Bankruptcy Court
501 I Street
Sacramento, CA
Courtroom 28 Dept. A
Judge: Michael S. McManus

AMENDED DECLARATION OF OLIVIA A. TODD
IN SUPPORT OF U.S. BANK, N.A. ITS SUCCESSORS AND/OR ASSIGNS'
MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Olivia A. Todd, declare and state:

1. As to the following facts, I know them to be true of my own personal knowledge and if called upon to testify in this action, I could and would testify competently to the following facts personally known to me to be true. I am employed as President of National Default Servicing Corporation, authorized servicing agent on behalf of U.S. Bank, N.A. its

1

Successors and/or Assigns, which (U.S. Bank, N.A. its Successors and/or Assigns) is the moving party herein ("Lender"). The original Declaration that was filed in this Case incorrectly identified me as an employee of U.S. Bank and this Amended Declaration is being filed to correct that error. Regardless, I am familiar with this case and the facts herein and am authorized to make these statements on behalf of Lender. I have reviewed the loan service records of U.S. Bank, N.A. before making these statements. The loan service records are kept within the normal course of business by U.S. Bank, N.A., at or near the time of the event, which is noted or memorialized. As to any statements re: equity or lack of equity contained within this Declaration, which are made upon information and belief, these statements are made after examination of the loan file and after consideration of the following factors:

    1) The loan to value ratio; and

    2) Existence of a junior lien; and

    3) Amount of arrearages.

    2. Dale Lynn Walker and Daniel Blaine Walker ("Debtors") are individuals and the Chapter 7 Debtors herein.

    3. Lewis D. Partridge has been appointed as the Chapter 7 Trustee in the instant bankruptcy. By the virtue of his position as Chapter 7 Trustee, Lewis D. Partridge may hold title to the subject property in that capacity. To the extent that relief sought herein is granted, Lewis D. Partridge should be bound by any such judgment.

    4. On September 2, 2010, Debtors filed a Petition under Chapter 7 of the Bankruptcy Code.

    5. Lender is the current payee and a holder in due course of a promissory note (which is a negotiable instrument) dated December 23, 2004 in the principal amount of $173,000.00 (the "Note") secured by a first deed of trust of same date, which bears interest as

specified therein. The original Note is held by Lender and a copy is attached hereto as **Exhibit "A"** and is incorporated herein by reference.

6. The indebtedness evidence by the Note is secured by a Deed of Trust (the "Deed of Trust") executed and recorded in Yuba County and which encumbers the real property located at **1689 Chateau Drive, Olivehurst, California** (the "Property"). A copy of the Deed of Trust is attached hereto as **Exhibit "B"** and incorporated herein by reference

7. Debtor has defaulted on the Note and there is now due and owing to Lender:

| | |
|---|---|
| Unpaid Principal Balance: | $153,797.20 |
| Arrearages: | |
| Monthly Payments from August 1, 2010 through October 1, 2010 at $1,258.48 | $ 3,775.44 |
| Late Charges | $ 153.51 |
| Other Costs | $ 15.00 |
| Attorneys' Fees | $ 900.00 |
| Subtotal Delinquencies | $ 4,843.95 |
| GRAND TOTAL | $158,641.15 |

(Please note that an additional $1,258.48 becomes due and owing on the 1st day of each month, as well as an additional late charge 15 days thereafter.)

8. The total amount now owed to Lender on Loan No. XXXX4362 is $158,641.15 as of October 25, 2010.

9. Interest continues to accrue as set forth in the Note.

10. Lender has performed each and every act required by the terms of the Deed of Trust.

11. Lender requests authority to initiate foreclosure proceedings relative to the Property, but is prevented from doing so by the filing of Debtors' Petition which operates as an

Automatic Stay, prohibiting Lender from taking any action of commencing any Court proceeding to enforce a lien upon the Debtors' real Property.

12. Lender's records reflect that there is currently a second trust deed upon the Property in favor of U.S. Bank. The present unpaid principal balance of said note is approximately $86,142.00 as evidenced by the Debtors' Schedules A and D filed with this Court, a copy of which is attached hereto as **Exhibit "C"** and is made a part hereof..

13. The commercially reasonable value of the subject Property is approximately $147,742.00, as evidenced by the Debtors' Schedules A and D filed with this Court, a copy of which is attached hereto as **Exhibit "C"** and is made a part hereof.

I declare under penalty of perjury under the laws of the United States of America the foregoing to be true and correct to the best of my knowledge, information and belief.

DATED: November 16, 2010

By */s/ Olivia A Todd*
    Olivia A. Todd, President of National Default Servicing Corporation
Loan # XXXX4362
F.040-2122